## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

## EASTERN DIVISION

| | |
|---|---|
| | ) Case No. 16-02557 |
| In re Matter of : | ) Chapter 7, Proceeding |
| George W. Hudson | ) Honorable Judge Jack B. Schmetterer |
| Debtor | ) Courtroom 682 |
| | ) |

### NOTICE OF MOTION

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**APR 07 2016**

JEFFREY P. ALLSTEADT, CLERK

TO: Stephen R. Patton          Norman B. Newman

   Corporation Counsel        Much Shelist P.C.

   30 North  LaSalle , St 1400      191 North Wacker Drive, St 1800

   Chicago, IL 60602        Chicago , IL 60606 , (312) 521-2000

**YOU ARE HEREBY NOTIFIED that** that on April 2016 a.m. or P.M or as soon as possible  I shall present and appear then before the  Honorable Judge  Jack B. Schmetterer or any other Judge sitting in his stead in courtroom 682 at 219 South Dearborn Street in Chicago  **Debtor's Motion to for Contempt order Against City of Chicago Revenue and its attorney's Arnold Scott Harris should not be in contempt for willful violation of the Automatic Stay 11 U.S.C. 362 (a) for refusal to turn over Debtor's Vehicle and costs and fees and any other relief this court deems just**  a copy to be served upon you.

### CERTIFICATE OF SERVICE

I, George  W. Hudson , certify  that I served a copy of the **Notice of Motion** to the foregoing named persons in the above-entitled cause by Personal Hand delivery and U.S. Post prepaid Mail before 5: 00 p.m. on  April 8 2016.

George  W. Hudson

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**



FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 07 2016
JEFFREY P. ALLSTEADT, CLERK

) Case No. 16-02557

In re Matter of :                          ) Chapter 7  Proceeding

George  W. Hudson                    ) Honorable Judge Jack B. Schmetterer

   Debtor                                  ) Courtroom 682

                                      )

**DEBTOR'S MOTION WHY CITY OF CHICAGO REVENUE AND ITS ATTORNEY'S ARNOLD SCOTT HARIS SHOULD NOT BE HELD IN CONTEMPT FOR VIOLATING THE AUTOMATIC STAY FOR REFUSAL TO TURNOVER VEHICLE**

---

**NOW COMES** the Debtor , George W. Hudson , ("Pro-se") , and moves this Honorable Court for

entry of Order for Contempt against the City of Chicago Revenue and its attorney's Arnold Scott

Harris for violating the  Automatic  Stay pursuant to 362 (a) . In support debtor states as

follows:

**INTRODUCTION**

---

1 On January 28th 2016, Debtor George W. Hudson filed a Chapter 7 Petition , case number 16-

02557

2.  On  or About  June  8th , 2015 City of Chicago Revenue Booted and  repossess the debtor's

Vehicle ("car" ).

3. The Court has jurisdiction over the proceeding which arises in a case under the Bankruptcy

Code and concerns property of the estate  under Section 541 (a) (1) also contains a provision

4. Stating that property of the estate includes " all legal or equitable interest of the holder of the debtor in property as commenced of the case ." Under the Bankruptcy code's stay provision , no creditor commits **" any act obtain to obtain possession of the property of the estate or to exercise control over the property of the estate after the debtor has for bankruptcy ." 11 U.S.C. 362 (a) (3).**

5. However the is no debate that Hudson has an equitable interest in his automobile car, in such , it is property of his bankruptcy estate . **See United states v. Whiting Pools, Inc., 462 U.S. 198, 203 , 103 S.Ct. 2309 , 76 L.E.2d. 515 (1983) . ("section 541 (a) (1) also in In re Yates , 322 B.R. 1 , 5 (10th BAP 2005). Moreover it is not necessary for the debtor to have equity in the property for the debtor to have sufficient legal or equitable interest to make it property of the estate .**

6. The City of Chicago Revenue finance ("creditors") and its attorneys Arnold **refusal to turn over the debtor's vehicle  promptly upon leaning of his Chapter 13 filing, thereby constituted an unlawful exercise or  control over the property of bankruptcy estate in violation of the automatic stay pursuant to 11 U.S.C.  362 (a) (3).**

7. In the possession of the Plaintiff is the Debtor's   automobile car ,( " the vehicle") and is property of the estate pursuant to 11 U.S.C. Section 541.

8. At the time this petition was filed , Debtor   personally delivery a copy of the notice of filing to the City of Chicago Revenue  attorneys Arnold Scott Harris , P.C. at 111 Jackson Blvd, suite 400  in Chicago , Illinois.

9. The Chapter 7 plan filed  by Debtor , has adequate protection and full insurance  on the said vehicle  Car .

WHEREFORE the Debtor George W. Hudson   prays this Court to enter an order for City of Chicago Revenue and its attorneys Arnold Scott Harris , P.C.  to  release Debtor's Vehicle immediately and finding that City of Chicago Revenue and its attorneys  Arnold Scott Harris , P.C. actions were willful violated the automatic stay (3) and cost and fees (4) any other relief his Court deems just and necessary .

Respectfully submitted

By _____

George  W. Hudson

George W. Hudson
8721 South Hermitage Ave
Chicago, IL 60620
(773) 724- 7422