UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| Honorable | JACK B. SCHMETTERER | Hearing Date | April 19, 2016 |
| Bankruptcy Case | 16 B 02557 | Adversary No. | |

Title of Case  In re: George W Hudson

Brief Statement of Motion: Debtor's Motion for Civil Contempt Against City of Chicago Revenue and its Attorneys Arnold Scott Harris

Names and Addresses of moving counsel: See Attached Service List

Representing

## ORDER

**IT IS HEREBY ORDERED that:**

For reasons stated from the bench the motion is denied.

By: _____
Jack B. Schmetterer